# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALLY,<br><br>                                       Plaintiff,<br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION.,<br><br>                                       Defendant. | Case No.: 23-cv-0769 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND AND FOR ENTRY OF JUDGMENT [DOC. 8]** |

Pending before the Court is the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(G) and to Entry off Judgment (the "Joint Motion" [Doc. 8]). Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion [Doc. 8] and **ORDERS** as follows:

- The case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

- Upon remand, the Office of Hearings Operations shall remand this case to an Administrative Law Judge (ALJ) with directions to hold a new hearing and issue a new decision.

**IT IS SO ORDERED.**

Dated: July 7, 2023

Hon. Thomas J. Whelan
United States District Judge